LOWER MACUNGIE TOWNSHIP BOARD OF COMMISSIONERS, Respondent

David M. Jaindl, Individually, and Jaindl Realty, L.P., Intervenors.

No. 40 MAL 2013.

Supreme Court of Pennsylvania.

May 17, 2013.

### ORDER

PER CURIAM.

And now, this 17th day of MAY, 2013, the parties' "Joint Application for Remand Appellate Proceedings" is **GRANTED** in order for the Court of Common Pleas to review the parties' settlement agreement and, if approved, enter an order thereon. The Petition for Allowance of Appeal is **DENIED** as moot.

James D. SCHNELLER, Appellant

v.

Thomas CORBETT, Governor of the Commonwealth of Pennsylvania; Kathleen G. Kane, Attorney General of the Commonwealth of Pennsylvania; Carol Aichele, Pennsylvania Secretary of the Commonwealth, Appellees.

Supreme Court of Pennsylvania.

July 16, 2013.

### ORDER

PER CURIAM.

**AND NOW,** this 16th day of July, 2013, the Order of the Commonwealth Court is hereby **AFFIRMED.**